IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

Rosalie Maestas

Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

Defendant.

## NOTICE OF REMOVAL

Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, Patterson & Salg, P.C., pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, respectfully files this Notice of Removal of the above-captioned action from the District Court for the County of Pueblo, Colorado to the United States District Court for the District of Colorado.

Federal diversity jurisdiction exists under 28 U.S.C. § 1332(a) because of a complete diversity of citizenship between plaintiff and defendant, and because the amount in controversy exceeds $75,000, exclusive of interest and costs. State Farm states the following grounds for removal:

1.  On July 7, 2016 plaintiff Rosalie Martinez filed this present lawsuit against State Farm Mutual Automobile Insurance Company in the District Court for Pueblo County, Colorado, Case Number 2016CV030573. A copy of the Complaint is attached hereto as Exhibit A. A copy of the Civil Case Cover Sheet is attached hereto as

Exhibit B. A copy of the Summons is attached hereto as Exhibit C.

2. The Complaint was served on defendant on August 17, 2016. See, Affidavit of Service, Exhibit D.

3. Defendant's Answer to the Complaint was filed on September 7, 2016 attached hereto as Exhibit E.

4. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being contemporaneously filed with the clerk of the District Court for Pueblo County, Colorado and a copy has been served on Plaintiff as indicated on the attached certificate of service.

## II. DIVERSITY OF CITIZENSHIP EXISTS

5. Pursuant to the allegations of the Complaint filed in the District Court for Pueblo County, Colorado, Case Number 2016CV030573, plaintiff is a resident of the City of Pueblo, located in Pueblo County in the State of Colorado. See Exhibit A, p. 4.

6. For diversity purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Defendant State Farm is and was at the commencement of this action an Illinois corporation with its principal place of business in Illinois. See Exhibit F, Secretary of State Summary for State Farm Mutual Automobile Insurance Company.

7. The plaintiff and defendant are citizens of different states. As such, complete diversity of citizenship exists between the parties.

## III. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

8. A federal Court has diversity jurisdiction when there is complete diversity

of citizenship among the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *Stuart v. Colorado Interstate Gas Co.*, 271 F.3d 1221, 1224 (10th Cir. 2001). Generally, the amount in controversy may be determined by the allegations contained in the complaint or, if not dispositive, by the allegations in the Notice of Removal. *Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995); *Martin v. Franklin Capital Corp.*, 251 F.3d 1284, 1290 (10th Cir. 2001).

9. In the present matter, plaintiff Rosalie Maestas alleges she a passenger of a 2011 Dodge 150 Pickup Truck, travelling northbound on Prairie Avenue. Ernest Martinez was traveling southbound on Prairie when he made a U-Turn to go northbound hitting plaintiff. Plaintiff alleges Ernest Martinez was an underinsured motorist and the accident was caused by his negligence. *See* Exhibit A, p. 2. Plaintiff advised State Farm of a claim under the under-insured motorist benefits of the insurance policy. Plaintiff further claims she is entitled to "attorney fees, costs, and two times the covered benefit." *See* Exhibit A, p. 3.

10. Plaintiff's civil cover sheet also alleges that the damages in dispute exceed $100,000. See Exhibit B. *Paros Properties LLC v. Colorado Cas. Ins. Co.*, No. 15-1369, 2016 WL 4502286, at *6 (10th Cir. Aug. 29, 2016) (citing *Henderson v. Target Stores, Inc.*, 431 F.Supp.2d 1143, 1144 (D. Colo. 2006) for the "sound view" that a civil cover sheet provides notice that the amount in controversy exceeds $75,000.)

11. The allegations of plaintiff's Complaint and Civil Cover Sheet together demonstrate that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Therefore, this Court has jurisdiction under 28 U.S.C. § 1332(a).

12. Pursuant to D.C.COLO.LCivR 81.1, copies of all process, pleadings, and orders are attached and filed with this notice. They are as follows:

Complaint, attached as Exhibit A;

District Court Civil Case Cover Sheet, attached as Exhibit B;

Summons, attached as Exhibit C;

Notice of Service of Process, attached as Exhibit D; and

Defendant's Answer and Jury Demand, attached as Exhibit E.

In addition, the Register of Actions is attached as Exhibit G.

## IV. CONCLUSION

Based on the foregoing, State Farm Mutual Automobile Insurance Company has demonstrated that removal of this matter to the United States District Court for the District of Colorado is proper because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, defendant, State Farm Mutual Automobile Insurance Company respectfully requests that the United States District Court for the District of Colorado assume jurisdiction of this case and issue such further orders and processes as may be necessary.

DATED September 15, 2016.

Respectfully submitted,

By: s/ Heather A. Salg.
Heather A. Salg, #29905
Patterson & Salg. P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone: (303) 741-4539
Fax: (303) 741-5043
Email: hsalg@pattersonsalg.com
ATTORNEY FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby that on September 15, 2016, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using CM/ECF system and sent a copy of the same via US Mail to:

Erica Vecchio, Esq.
Franklin D. Azar and Associates, P.C.
1128 Eagleridge Blvd.
Pueblo, CO 81008
*Attorney for Plaintiff*

s/ Cindi Jack
*Cindi Jack*
E-mail: cjack@pattersonsalg.com